8949084

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 11-04869-BKT |
| SOL ANGEL CASTRO MELENDEZ | CHAPTER 7 |
| Debtor(s) | |
| BANCO POPULAR DE PUERTO RICO | |
| Movant(s) | INDEX |
| SOL ANGEL CASTRO MELENDEZ and WIGBERTO LUGO MENDER, as Chapter 7 Trustee | |
| Respondent(s) | |

### NOTICE ON MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. §362

To the above named respondent(s):

**SOL ANGEL CASTRO MELENDEZ**

You are hereby notified that on __10-3-2011__ the above movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney, **CARLOS G. BATISTA-JIMÉNEZ, ESQ.**, whose address is **PARRA, DEL VALLE & LIMERES, PO Box 331429, Ponce, PR 00733-1429**.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then __OCT 25, 2011__ at __9:00 am__ at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur, 2nd Floor, Courtroom 1, Old San Juan, Puerto Rico, is fixed as the time and place for the hearing on such motion.

**MARIA DE LOS ANGELES GONZALEZ, ESQ.**
**CLERK, U.S. BANKRUPTCY COURT**

BY: _____

Date of Issuance: OCT 04 2011

8949084

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. 11-04869-BKT |
|---|---|
| SOL ANGEL CASTRO MELENDEZ | CHAPTER 7 |
| Debtor(s) | |
| BANCO POPULAR DE PUERTO RICO | |
| Movant(s) | INDEX |
| SOL ANGEL CASTRO MELENDEZ and WIGBERTO LUGO MENDER, as Chapter 7 Trustee | |
| Respondent(s) | |

### NOTICE ON MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. §362

To the above named respondent(s):

**WIGBERTO LUGO MENDER, as Chapter 7 Trustee**

You are hereby notified that on __10-3-2011__ the above movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney, **CARLOS G. BATISTA-JIMÉNEZ, ESQ.**, whose address is **PARRA, DEL VALLE & LIMERES, PO Box 331429, Ponce, PR 00733-1429**.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then __OCT 25, 2011__ at __9:00 am__ at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur, 2nd Floor, Courtroom 1, Old San Juan, Puerto Rico, is fixed as the time and place for the hearing on such motion.

**MARIA DE LOS ANGELES GONZALEZ, ESQ.**
**CLERK, U.S. BANKRUPTCY COURT**

BY: _____

OCT 04 2011
Date of Issuance